IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK CHMEL, | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. 12-142 |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) Chief Judge Gary L. Lancaster |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, and BOYD WASS, | ) |
| an individual, | ) *(Electronic Filing)* |
| | ) |
|       Defendants. | ) |

**ORDER**

AND NOW this **10th** day of **April**, 2012, upon consideration of Defendants' Motion to Dismiss Improper Defendant, and the lack of any objection by the plaintiff, thereto,

IT IS HEREBY ORDERED that said motion is **GRANTED** and the Federal Bureau of Investigation is dismissed, with prejudice, from this action.

                                                              /s/ Gary L. Lancaster
                                                              CHIEF UNITED STATES DISTRICT JUDGE

cc: All counsel of record