IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK CHMEL, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 12-142 |
| v. | ) ) |
| UNITED STATES OF AMERICA, FEDERAL BUREAU OF INVESTIGATION, and BOYD WASS, an individual, | ) Chief Judge Gary L. Lancaster ) ) ) (Electronic Filing) ) |
| Defendants. | ) |

**ORDER**

AND NOW this 10th day of April, 2012, upon consideration of Defendants' Motion to Dismiss Improper Defendant, and the lack of any objection by the plaintiff, thereto,

IT IS HEREBY ORDERED that said motion is **GRANTED** and the Federal Bureau of Investigation is dismissed, with prejudice, from this action.

_____
CHIEF UNITED STATES DISTRICT JUDGE

cc: All counsel of record